1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ELINA ANN ATKINS,

10            Plaintiff,                  No. CIV 2:12-cv-2549-MCE-AC (PS)

11        vs.

12   CALIFORNIA HIGHWAY PATROL,
     *et al.*,
13
             Defendants.           ORDER
14
     _____/
15
            Plaintiff is proceeding in this action pro se.  Plaintiff seeks relief pursuant to and
16
     has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This
17
     proceeding was referred to this court by Local Rule 302(c)(21).
18
            Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is
19
     unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in
20
     forma pauperis will be granted.  28 U.S.C. § 1915(a).
21
            The determination that plaintiff may proceed in forma pauperis does not complete
22
     the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case
23
     at any time if it determines the allegation of poverty is untrue, or the action is frivolous or
24
     malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against
25
     an immune defendant.  The court cannot make this determination on the present record.
26
     Therefore, the court reserves decision on these issues until the record is sufficiently developed.

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

3     2.  Service is appropriate for the following defendants: California Highway

4  Patrol, Loren L. Milburn, and T. Martin.

5     3.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is

6  directed to serve within ninety days of the date of this order, all process pursuant to Fed. R. Civ.

7  P. 4, including a copy of this court's status order, without prepayment of costs.

8     4.  The Clerk of the Court shall send plaintiff one USM-285 form for each

9  defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a

10  magistrate judge, and this court's status order.

11     5.  Plaintiff is directed to supply the U.S. Marshal, within 14 days from the date

12  this order is filed, all information needed by the Marshal to effect service of process, and *shall*

13  *file a statement with the court that said documents have been submitted to the United States*

14  *Marshal.*  The court anticipates that, to effect service, the U.S. Marshal will require:

15     a.  One completed summons for each defendant;

16     b.  One completed USM-285 form for each defendant;

17     c.  One copy of the endorsed filed complaint for each defendant, with an

18     extra copy for the U.S. Marshal;

19     d.  One copy of this court's status order for each defendant; and

20     e.  One copy of the instant order for each defendant.

21     6.  In the event the U.S. Marshal is unable, for any reason whatsoever, to

22  effectuate service on any defendant within 90 days from the date of this order, the Marshal is

23  directed to report that fact, and the reasons for it, to the undersigned.

24     7.  The Clerk of the Court is directed to serve a copy of this order on the U.S.

25  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

26  //

1          8.  Failure to comply with this order may result in a recommendation that this

2     action be dismissed.

3     DATED: November 21, 2012

4

5                                                        /s/
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE
6

7
      /mb;atki2549.ifp.srv
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3